Karen S. Spicker, SBN 127934
Doan Law, LLP
1930 S. Coast Hwy., Suite 206
Oceanside, CA 92054
Phone (760) 450-3333 • Fax (760) 720-6082
karen@doanlaw.com

Attorney for PLAINTIFF
Derrick Lemorris Daniels

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK LEMORRIS DANIELS,<br><br>Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION; and DOES 1 through 10, inclusive;<br><br>Defendants. | Case No.: 19-cv-2218-AJB(WVG)<br><br>*Assigned to Judge ;Anthony J. Battaglia Referred to Magistrate Judge William V. Gallo*<br><br>**PLAINTIFF DERRICK LEMORRIS DANIEL'S NOTICE OF SETTLEMENT**<br><br>**Early Neutral Evaluation**: April 8, 2020<br>**Time:** 9:00 A.M.<br>**Judge:** Judge William V. Gallo<br><br>Complaint filed: 11/20/19<br>Trial: TBA |

*PLAINTIFF'S NOTICE OF SETTLEMENT*

**1**

Case 3:19-cv-02218-AJB-WVG   Document 17   Filed 04/03/20   PageID.78   Page 2 of 2

**TO THE HONORABLE WILLIAM V. GALLO, DEFENDANT NAVY FEDERAL CREDIT UNION, AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff DERRICK LEMORRIS DANIELS ("Plaintiff"), by and through his attorney of record, has entered into a settlement agreement with NAVY FEDERAL CREDIT UNION ("Defendant") by and through its respective attorneys of record and Defendant is in the process of drafting the settlement agreement.

As such, Plaintiff would request that the Early Neutral Evaluation Conference currently scheduled for **April 8, 2020 at 9:00 a.m**. be taken off calendar and that the court schedule this matter for a disposition hearing in (30) days if a Joint Motion for Dismissal with prejudice is not filed in this action by all parties prior to this date.

Dated: April 3, 2020

                                                  Respectfully submitted,

                                                  **DOAN LAW, LLP**

                                                  By: s/ *Karen S. Spicker*
                                                          Karen S. Spicker
                                                          Attorney for PLAINTIFF

*PLAINTIFF'S NOTICE OF SETTLEMENT*

2